THE ST. JOHNS. COLONIAL BEACH CO. v. QUEMAHONING COAL CO., Inc., et al. (Circuit Court of Appeals, Fourth Circuit. November 25, 1921.) No. 1866. Appeal from the District Court of the United States for the Eastern District of Virginia, at Alexandria. Henry Bowden, of Norfolk, Va., Jas. R. & H. B. Caton, of Alexandria, Va., and Hugh H. Obear, Paul Dulaney, and Fred N. Oliver, all of Washington, D. C., for appellant. Welsh & Preece, of Baltimore, Md., for appellees.

PER CURIAM. Decree of District Court affirmed. 273 Fed. 1005. Original writ of certiorari of Supreme Court issued on October 22, 1921, presented November 25, 1921.

---

THE SAN RICARDO. THE WILLIAM P. PALMER. ROBERTSON v. ARENTSON. (Circuit Court of Appeals, Fourth Circuit. July 5, 1921.) No. 1826. Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk. For opinion below, see 261 Fed. 925. Hughes, Little & Seawell, of Norfolk, Va., for appellant. Hughes, Vandeventer & Eggleston, of Norfolk, Va., for appellee.

PER CURIAM. Cause dismissed upon motion of parties.

---

SENFT v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. December 16, 1921.) No. 133. In Error to the District Court of the United States for the Eastern District of New York. George Senft was convicted of violating the Prohibition Act, and he brings error. Reversed. Elijah N. Zoline, of New York City, for plaintiff in error. Wallace E. J. Collins, U. S. Atty., of Jamaica, N. Y. (Henry J. Walsh, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment reversed in open court.

---

SEWELL et al. v. MOUNTAIN OIL COMPANY et al. (Circuit Court of Appeals, Sixth Circuit. January 4, 1922.) No. 3562. Appeal from the District Court of the United States for the Eastern District of Kentucky; Cochran, Judge. O'Rear & Williams, of Frankfort, Ky., Myers & Howard, of Covington, Ky., William L. Wallace, of Frankfort, Ky., Martin M. Durrett, of Covington, Ky., and Sidney G. Stricker, of Cincinnati, Ohio, for appellants. S. Monroe Nickell, of Lexington, Ky., G. C. Allen, of West Liberty, Ky., and E. C. Hyden and O. H. Pollard, both of Jackson, Ky., for appellees.

PER CURIAM. Dismissed pursuant to stipulation of counsel.